## JONES v. STATE.
### No. 15271.

Court of Criminal Appeals of Texas.
April 27, 1932.

Crawford & Crawford, of Conroe, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for theft of a hog; punishment being two years in the penitentiary.

The record is here without statement of facts or bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.